# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF TEXAS**
**11535 UNITED STATES COURTHOUSE**
**515 RUSK STREET**
**HOUSTON, TEXAS 77002**

**TELEPHONE NO.**
**(713) 250-5980**

**CHAMBERS OF**
**JUDGE LEE H. ROSENTHAL**

August 22, 2008



The Honorable Ortrie D. Smith
Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

I am in receipt of your letter dated July 22, 2008 regarding my calendar year 2007 filing. I have asked ██████████ to review the issues you raised, and have the following response and corrected report pages:

*In Part VII (2007 Report):*

Thank you for your kind advice on the identification of certain assets as being held by ██████████ and have removed ████████████████ and ██████ from pages 16 and 22.

*In Part III (2007 Report):*

In Part III A., lines 1 and 2, the non-investment income from ████████ ██████████Board of Directors Fees" and '██████████Board of Directors Fees" was inadvertently listed as my non-investment income and is now listed in Part III B as ██████████non-investment income. I had no non-investment income in 2007 and the "None" box is marked.

*In Part VII (2007 Report):*

In Part VII, page 10, "Panolam," "CST Industries," "RSG," "Hudson Products," "Universal Fibers," and "BTEC" have been exempt from prior disclosure and have been marked by a parenthetical "(X)" alongside the name of each referenced asset.

*In Part VII (2007 Report):*

In Part VII, page 18, Column D(3) reflects a value code of "M."

Thank you for your consideration.

Very truly yours,

Lee H. Rosenthal
United States District Judge

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ██████████████ BOARD OF DIRECTORS FEES |
| 2. 2007 | ███████ BOARD OF DIRECTORS FEES |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL BAR ASSOCIATION | JAN 24, 2007 | EL PASO, TX | SPEAKER | AIRFARE |
| 2. | FEDERAL BAR ASSOCIATION | FEB 1-2, 2007 | NEW ORLEANS, LA | SPEAKER | HOTEL, AIRFARE & GROUND TRANSPORTATION |
| 3. | AMERICAN BAR ASSOCIATION | FEB 15-16, 2007 | AMELIA ISLAND, FL | SPEAKER | HOTEL, MISC., GROUND TRANSPORTATION & AIRFARE |
| 4. | AMERICAN LAW INSTITUTE | MAR 6-8, 2007 | ST. THOMAS, VIRGIN ISLAND | SPEAKER | HOTEL, MEALS, GROUND TRANSPORTATION & AIRFARE |
| 5. | AMERICAN BAR ASSOCIATION | MAR 8-9, 2007 | CHICAGO, IL | PANELIST | HOTEL, MISC., GROUND TRANSPORTATION & AIRFARE |

RECEIVED 2008 AUG 19 A 11: 28 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT (cont'd)

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemption) | If not exempt from disclosure (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | (X) | (2) | N | U(2) | none | | | | |
| | (X) | (2) | N | U(2) | none | | | | |
| | (X) | (2) | M | U(2) | none | | | | |
| | (X) | (2) | O | U(2) | none | | | | |
| | (X) | (2) | N | U(2) | none | | | | |
| | (X) | (2) | M | U(2) | none | | | | |
| | | (2) | J | U(2) | partial buy | 10/12 | J | | |
| | | (2) | P1 | U(2) | partial buy | 10/12 | K | | |
| Sternhill Affiliates I, LP | | (2) | J | U | buy | (2) | J | | |
| Sternhill Partners I, LP | | (2) | L | U | buy | (2) | K | | |
| STR-Common | B | div | M | T | | | | | |
| CapStreet II, LP | | (2) | M | U | sell | (2) | L | | |
| CapStreet Parallel II, LP | | (2) | N | U | sell | (2) | M | | |
| JP Morgan Chase (formerly known as Texas Commerce Bank)-Checking, Houston, TX | A | int | J | T | | | | | |
| JP Morgan Chase (formerly known as Texas Commerce Bank)-Checking, Houston, TX-S | A | int | J | T | | | | | |
| TROW-Common | C | div | M | T | | | | | |
| VWNAX-Mutual Fund | G | div/int | P1 | T | | | | | |
| VMSXX-Mutual Fund | G | div/int | P1 | T | | | | | |

1 Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2 Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| *Foundation #2* | | | | | | | | | |
| Growth Pool | | None | M | T | | | | | |
| *The F Trust (3)* | | None | O | V | | | | | |
| - John Hancock Life Policy | | | | | | | | | |
| - ING/Security Life Policy | | | | | | | | | |
| - Prudential Life Policy | | | | | | | | | |
| *The 89 Trust (3)* | A | div/int/royalt | P2 | T/U | | | | | |
| - ADViSYS-Common | | | | | | | | | |
| - AIF V Private Investors LLC | | | | | sell | (2) | K | | |
| - AIF VI Private Investors LLC | | | | | sell | (2) | M | | |
| - Atlantic Trust Company, N.A. | | | | | | | | | |
| - Avalon Advisors, L.P. | | | | | sell | (2) | J | | |
| - Carbon Nanotechnologies, Inc. | | | | | | | | | |
| - Carlyle Asia Partners II | | | | | buy(15) | (2) | M | | |
| - CD&R Fund VII Private Investors, LLC | | | | | buy | (2) | M | | |
| - CPX-Common | | | | | distri | 6/22 | L | (9) | stock distribution from SCF IV |
| | | | | | sell | 8/1 | L | (9) | |
| | | | | | distri | 11/14 | J | (9) | stock distribution from SCF IV |
| - KO-Common | | | | | sell | 5/7 | L | (9) cert | |
| - DPC Acquisition Corp. | | | | | escrow release | 2/7 | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - RD-Common | | | | | sell | 5/7 | L | E | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VTGIX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VWNAX-Mutual Fund | | | | | | | | | |
| - VEIEX-Mutual Fund | | | | | | | | | |
| - VEUSX-Mutual Fund | | | | | | | | | |
| - VPACX-Mutual Fund | | | | | | | | | |
| - VGTSX-Mutual Fund | | | | | buy | 5/8 | M | (9) cert | |
| U.S. Savings Bonds (4) | | None | M | T | | | | | |
| | | | | | | | | | |
| Other F Accounts | | | | | | | | | |
| VUSXX-Mutual Fund | D | div/int | N | T | | | | | |
| VUSXX-Mutual Fund | C | div/int | M | T | | | | | |
| VUSXX-Mutual Fund | C | div/int | M | T | | | | | |
| VUSXX-Mutual Fund | C | div/int | M | T | | | | | |
| VWSTX-Mutual Fund | A | div/int | | | sell | 4/18 | L | | |
| VWSTX-Mutual Fund | A | div/int | | | sell | 4/18 | L | | |
| Goldman Sachs Bank | C | int | | | closed | 8/16 | N | | |
| Goldman Sachs Bank | B | int | | | closed | 8/16 | M | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSENTHAL, LEE H | U.S.D.C.-S.D.TX | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE-ACTIVE | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 515 RUSK ROOM 11535 HOUSTON, TEXAS 77002 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | VICE PRESIDENT/SECRETARY | THE ROSENTHAL FOUNDATION |
| 2. | MEMBER, BOARD OF TRUSTEES | THE KINKAID SCHOOL |
| 3. | MEMBER, BOARD OF OVERSEERS | THE RAND INSTITUTE FOR CIVIL JUSTICE |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2007 | ▮▮▮▮▮▮▮▮▮▮ BOARD OF DIRECTORS FEES | |
| 2. | 2007 | ▮▮▮▮▮ BOARD OF DIRECTORS FEES | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL BAR ASSOCIATION | JAN 24, 2007 | EL PASO, TX | SPEAKER | AIRFARE |
| 2. | FEDERAL BAR ASSOCIATION | FEB 1-2, 2007 | NEW ORLEANS, LA | SPEAKER | HOTEL, AIRFARE & GROUND TRANSPORTATION |
| 3. | AMERICAN BAR ASSOCIATION | FEB 15-16, 2007 | AMELIA ISLAND, FL | SPEAKER | HOTEL, MISC., GROUND TRANSPORTATION & AIRFARE |
| 4. | AMERICAN LAW INSTITUTE | MAR 6-8, 2007 | ST. THOMAS, VIRGIN ISLAND | SPEAKER | HOTEL, MEALS, GROUND TRANSPORTATION & AIRFARE |
| 5. | AMERICAN BAR ASSOCIATION | MAR 8-9, 2007 | CHICAGO, IL | PANELIST | HOTEL, MISC., GROUND TRANSPORTATION & AIRFARE |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2008 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Goldman Sachs Bank | C | div/int | K | T | | | | | |
| Alief TX ISD 5.6% due 2/15/14 | D | int | M | T | | | | | |
| Arkansas St College 0.00% due 6/1/15 | | None | N | T | | | | | |
| Austin TX Pub Impt 4.6% due 9/1/11 | D | int | N | T | | | | | |
| Azle TX ISD 0.00% due 2/15/14 | | None | N | T | | | | | |
| Bexar Cty, TX GO 5.25% due 6/15/23 | D | int | N | T | buy | 9/5 | N | | |
| Chicago Brd Ed 0.00% due 12/1/19 | | None | L | T | | | | | |
| College Station ISD 4.6250% due 9/15/20 | | None | N | T | buy | 9/19 | M | | |
| Dallas TX 5.00% due 2/15/16 | E | int | N | T | | | | | |
| Denton, TX ISD 0.0% due 8/15/23 | | None | N | T | buy | 1/19 | N | | |
| Ft. Bend TX ISD 0.00% due 8/15/15 | | None | M | T | | | | | |
| Harris Cty, TX, 5.75% due 10/1/14 | E | int | N | T | | | | | |
| Laredo TX ISD 0.00% due 08/01/23 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/11 | | None | | | redemption | 8/15 | M | G | |
| Leander TX ISD 0.00% due 8/15/13 | | None | | | redemption | 8/15 | M | G | |
| Leander TX ISD 0.00% due 8/15/22 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/23 | | None | N | T | buy | 5/31 | N | | |
| Leander TX ISD 0.00% due 8/15/25 | | None | M | T | | | | | |
| Lewisville TX ISD 0.00% due 8/15/21 | | None | O | T | | | | | |
| Midlothian TX ISD 0.00% due 2/15/22 | | None | M | T | | | | | |

| 1 | Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more |
|---|---|
| 2 | Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more |
| 3 | Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated |

See explanatory footnotes on page 24.

4

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Plano TX 5.00% due 9/1/18 | D | int | M | T | | | | | |
| Royse City, TX ISD 0.00% due 8/15/25 | | None | N | T | | | | | |
| Schertz-Cibolo-Unvl City, TX 0.0% due 2/1/24 | | None | M | T | buy | 12/18 | M | | |
| St of Illinois 5.00% due 6/1/22 | C | int | M | T | buy | 6/26 | M | | |
| St of Washington BO 0.00% due 12/01/21 | | None | O | T | | | | | |
| Texarkana, TX ISD 0.0% due 2/15/26 | | None | L | T | buy | 8/30 | L | | |
| Travis Co TX 4.75% due 3/1/12 | D | int | M | T | | | | | |
| TX PFA GO Super Conductor 0.00% due 4/01/09 | | None | O | T | | | | | |
| University TX Univ 4.8% due 8/15/13 | C | int | M | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/17 | | None | M | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/19 | | None | M | T | buy | 7/12 | M | | |
| Wylie, TX ISD 0.00% due 8/15/23 | | None | M | T | buy | 6/15 | M | | |
| JP Morgan Chase (formerly Texas Commerce Bank)- Checking | | None | J | T | | | | | |
| | | None | J | (12) | | | | | |
| | | None | J | (10) (12) | | | | | |
| AIF V Private Investors LLC | (2) | (13) | U | | sell | (2) | L | | |
| AIF VI Private Investors LLC | (2) | (13) | U | | sell | (2) | M | | |
| AIF VII Private Investors LLC | (2) | J | U | | buy | (2) | K | | |

| |
|---|
| 1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more |
| 2  Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more |
| 3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated |
| See explanatory footnotes on page 24. |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| APAX Europe VII Private Investors, LLC | | (2) | (13) | U | buy | (2) | M | | |
| Atlantic Trust Company, N.A. | A | div | J | T | | | | | |
| Avalon Advisors, L.P. | | (2) | K | U | sell | (2) | K | | |
| Blackstone Natural Resources I, LP (formerly known as Blackstone Acquisition Partners I, L.P.) | | (2) | N | U | sell | (2) | M | | |
| Blackstone Natural Resources II,LP (formerly known as Blackstone Acquisition Partners II, L.P.) | | (2) | M | U | buy | (2) | K | | |
| Hatfield Royalty, L.P. | | (2) | L | U | sell | (2) | J | | |
| Ivory Working Interests, LP (formerly known as Blackstone Ivory Working Interests, L.L.C.) | | (2) | K | U(2) | none | | | | |
| Ivory Acquistions Partners, LP (formerly known as Blackstone Ivory Acquisitions Partners, L.P.) | | (2) | K | U | sell | (2) | J | | |
| Blackstone Overline Acquistion, L.P. | | (2) | L | U | sell | (2) | K | | |
| Blackstone Ivory Acquisition Partners, L.P. (direct) | | (2) | (13) | U | sell | (2) | M | | |
| Unidym (formerly known as Carbon Nanotechnologies, | | None | J | U | | | | | |
| Carlyle Asia Partners II | | (2) | (13) | U | buy (15) | (2) | N | | |
| Carlyle Japan International Partners II, L.P. | | (2) | (13) (14) | U | buy | (2) | J | | |
| CJIP II Co-Invest, LP | | (2) | (13) (14) | U | buy | (2) | J | | |
| CD&R Fund VII Private Investors, LLC | | (2) | (13) | U | buy | (2) | N | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2008 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| CPX-Common | | None | J | T | distri | 6/22 | L | (9) | stock distribution from SCF IV |
| | | | | | sell | 6/22 | L | (9) | |
| | | | | | distri | 11/14 | J | (9) | stock distribution from SCF IV |
| CVX-Common | D | div | | | sell | 6/8 | N | (9) cert | |
| Doane Pet Food Enterprises, Inc. | | None | | | escrow release | 2/7 | J | | private placement |
| Dresser, Ltd.-Common | | | | | sell | 5/4 | N | G | private placement |
| | | | | | sell | 5/4 | O | G | private placement |
| Emerald Marina Bay | | (2) | M | U | sell | (2) | K | | |
| Emerald Cambridge | | (2) | K | U | none | | | | |
| Emerald Marina Cove | | (2) | J | U | none | | | | |
| Emerald Marina Shores | | (2) | L | U | none | | | | |
| EDP I, LP | | (2) | K | U | buy | (2) | M | | |
| Energy Capital Investors Fund, LLC | | (2) | K | U | buy | (2) | J | | |
| | | | | | escrow release | 10/18 | J | | private placement |
| FDC Group McKinney, Ltd | | (2) | N | U | buy | (2) | N | | |
| First Reserve Fund XI, L.P. | | (2) | (13) | U | buy(15) | (2) | M | | |
| Goldman Sachs Bank | D | int/div | J | T | | | | | |
| Goldman Sachs Fairholme Holdings | | None | P1 | U(2) | | | | | |
| Goldman Sachs Horizon Holdings | | None | P1 | U(2) | | | | | |
| Goldman Sachs International Equity Holdings | | None | P1 | U(2) | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemption) | If not exempt from disclosure (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Goldman Sachs Alpha Plus | | None | | | buy | 4/24 | O | | |
| | | | | | sell | 10/3 | O | | |
| GE-Common | C | div | | | sell | 6/4 | N | | (9) cert |
| Hawkins Investment Partnership | | (2) | P2 | U(2) | none | | | | |
| ▆▆▆▆▆▆▆▆▆▆ | | (2) | J | U(2) | partial buy | 5/31 | K | | |
| | | | | | partial buy | 6/19 | J | | |
| | | | | | partial buy | 12/20 | J | | |
| HMTF Europe Private Fund | | (2) | J | U | sell | (2) | K | | |
| HMTF Fund IV | | (2) | L | U | sell | (2) | J | | |
| IXC-Common | E | div | O | T | | | | | |
| JNJ-Common | B | div | | | sell | 6/4 | M | | (9) cert |
| JPMorgan Chase Investment Account | C | int/div | M | T | | | | | |
| KKR 2006 Private Investors, LLC | | (2) | (13) | U | buy(15) | (2) | N | | |
| Merrill Lynch Reserves (CMA) | E | int/div | J | T | | | | | |
| ▆▆▆▆▆▆▆ | | None | M | T | partial sale | 8/10 | M | F | |
| Neffis Holdings, LLC | | (2) | J | U | sell | (2) | M | | |
| O'Connell Partners, LP | | (2) | M | U | buy | (2) | M | | |
| ▆▆▆▆▆▆▆▆▆ | | None | O | (10) | | | | | |
| | | None | (10) | (10) | | | | | |
| | | None | M | T | (10) | 5/18 | L | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| PEP-Common | D | div | | | sell | 6/4 | O | | (9) cert |
| PG-Common | D | div | | | sell | 6/4 | N | | (9) cert |
| Platform Partners, LLC | | (2) | N | U | buy | (2) | M | | |
| ▆▆▆▆▆ | | None | J | U(2) | | | | | |
| RD-Registered | D | div | | | sell | 6/8 | N | | (9) cert |
| SCFIV-3i, L.P. | | (2) | M | U | sell | (2) | K | | (9) cert |
| SCF-V, L.P. | | (2) | M | U | buy | (2) | K | | |
| SCF-VI, L.P. | | (2) | M | U | buy | (2) | M | | |
| Seminole | | (2) | M | U | sell | (2) | J | | |
| SJKI-Common | | None | N | T | | | | | |
| SRE Properties, LP | | (2) | J | U | sell | (2) | J | | |
| ▆▆▆▆▆▆▆ | | (2) | O | U(2) | partial sale | 2/5 | J | | |
| | | | | | partial sale | 5/1 | K | | |
| | | | | | partial sale | 8/8 | M | | |
| | | | | | partial sale | 10/1 | K | | |
| ▆▆▆▆▆ | | (2) | O | U(2) | partial sale | 5/30 | N | | |
| | | | | | partial sale | 7/3 | | | |
| | | | | | partial sale | 10/29 | | | |
| ▆▆▆▆▆▆ | | (2) | M | U(2) | none | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 24.

FINANCIAL DISCLOSURE REPORT (cont'd)

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | (2) | N | U(2) | none | | | | |
| | | (2) | N | U(2) | none | | | | |
| | | (2) | M | U(2) | none | | | | |
| | | (2) | O | U(2) | none | | | | |
| | | (2) | N | U(2) | none | | | | |
| | | (2) | M | U(2) | none | | | | |
| | | (2) | J | U(2) | partial buy | 10/12 | J | | |
| | | (2) | P1 | U(2) | partial buy | 10/12 | K | | |
| Sternhill Affiliates I, LP | | (2) | J | U | buy | (2) | J | | |
| Sternhill Partners I, LP | | (2) | L | U | buy | (2) | K | | |
| STR-Common | B | div | M | T | | | | | |
| CapStreet II, LP | | (2) | M | U | sell | (2) | L | | |
| CapStreet Parallel II, LP | | (2) | N | U | sell | (2) | M | | |
| JP Morgan Chase (formerly known as Texas Commerce Bank)-Checking, Houston, TX | A | int | J | T | | | | | |
| JP Morgan Chase (formerly known as Texas Commerce Bank)-Checking, Houston, TX-S | A | int | J | T | | | | | |
| TROW-Common | C | div | M | T | | | | | |
| VWNAX-Mutual Fund | G | div/int | P1 | T | | | | | |
| VMSXX-Mutual Fund | G | div/int | P1 | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 24.

10

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| VEUSX-Mutual Fund (listed as VEYSX in 2006) | D | div/int | N | T | | | | | |
| VPADX-Mutual Fund | E | div/int | O | T | | | | | |
| VTCLX-Mutual Fund | E | div/int | P1 | T | | | | | |
| VUSXX-Mutual Fund | E | div/int | P1 | T | buy | 11/9 | P1 | | |
| VWLUX-Mutual Fund | E | div/int | P1 | T | buy | 6/8 (9) | N | (9) cert | |
| | | | | | partial buy | 6/8 (9) | M | (9) cert | |
| | | | | | partial buy | 6/15 (9) | M | (9) cert | |
| | | | | | partial buy | 7/9 (9) | M | (9) cert | |
| | | | | | partial buy | 7/18 (9) | M | (9) cert | |
| | | | | | partial buy | 8/20 (9) | N | (9) cert | |
| VTMGX-Mutual Fund | E | div/int | P1 | T | buy | 7/3 (9) | P1 | (9) cert | |
| WLR Recovery IV Investors, LLC | | (2) | (13) | U | buy | (2) | K | | |
| Certain LLC 1/18 | | (2) | (13) | U(2) | none | | | | |
| Certain Limited Partners 1/39 | | (2) | (13) | U(2) | partial buy | 1/22 | J | | |
| | | | | | partial sale | 2/9 | J | | |
| | | | | | partial buy | 2/16 | J | | |
| | | | | | partial sale | 3/8 | J | | |
| | | | | | partial buy | 3/26 | J | | |
| | | | | | partial sale | 4/11 | J | | |
| | | | | | partial sale | 5/4 | J | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2  Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) (2) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Certain Limited Partners 1/39 | | | | | partial buy | 5/4 | J | | |
| | | | | | partial sale | 6/5 | J | | |
| | | | | | partial buy | 6/28 | J | | |
| | | | | | partial sale | 8/8 | J | | |
| | | | | | partial buy | 8/8 | J | | |
| | | | | | partial buy | 9/6 | J | | |
| | | | | | partial sale | 9/7 | J | | |
| | | | | | partial buy | 10/2 | J | | |
| | | | | | partial sale | 10/9 | J | | |
| | | | | | partial buy | 11/6 | J | | |
| | | | | | partial sale | 11/13 | J | | |
| | | | | | partial buy | 11/16 | J | | |
| | | | | | partial sale | 12/3 | J | | |
| Certain Limited Partners 2/54 | (2) | (13) | | U(2) | partial buy | 1/10 | K | | |
| | | | | | partial buy | 2/21 | J | | |
| | | | | | partial buy | 3/9 | K | | |
| | | | | | partial sale | 4/25 | K | | |
| | | | | | partial buy | 5/9 | K | | |
| | | | | | partial sale | 6/26 | K | | |
| | | | | | partial buy | 6/18 | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

12

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | partial buy | 8/8 | K | | |
| | | | | | partial sale | 8/2 | K | | |
| | | | | | partial buy | 8/30 | J | | |
| | | | | | partial buy | 11/1 | K | | |
| Certain Limited Partners 2/54 | | | | | partial buy | 12/11 | J | | |
| Certain LLC 2/54 | | (2) | (13) | U(2) | none | | | | |
| ▬▬▬▬Pension Plan | | | (1) | | | | | | |
| *IRA #1 (3)* | E | div/int | P1 | T/U | | | | | |
| US Treasury Zero% Obligations | | | | | | | | | |
| Goldman Sachs Bank | | | | | | | | | |
| VWIAX-Mutual Fund | | | | | sell | 7/9 | O | | |
| VUSXX-Mutual Fund | | | | | buy | 7/9 | O | | |
| *IRA #2 (3)* | G | div/int | P2 | T/U | | | | | |
| US Treasury Zero% Obligations | | | | | | | | | |
| Goldman Sachs Bank | | | | | | | | | |
| GS Direct Strategies Fund | | | | | buy | 5/31 | O | | |
| | | | | | sell | 12/31 | O | | |
| GS Liberty Harbor | | | | | buy | 6/5 | N | | |
| Hawkins Investment Partnership, L.P. | | | | | sell(2) | (2) | P1 | | |
| SJKI-Common Stock | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

FINANCIAL DISCLOSURE REPORT (cont'd)

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| US Treas 7.25% due 5/15/16 | | | | | sell | 6/4 | M | D | |
| US Treas 6.125% due 8/15/07 | | | | | sell | 5/24 | M | | |
| US Treas 6.25% due 2/15/07 | | | | | matured | 2/15 | L | | |
| VWNAX-Mutual Fund | | | | | partial sale | 5/24 | N | F | |
| | | | | | partial sale | 7/9 | M | E | |
| | | | | | partial sale | 7/18 | L | E | |
| | | | | | sell | 8/10 | M | E | |
| VUSXX-Mutual Fund | | | | | buy | 5/24 | N | | |
| VGELX-Mutual Fund | | | | | buy | 7/9 | M | | |
| WRI-Investors Shares | | | | | buy | 8/13 | K | | |
| | | | | | partial buy | 8/15 | K | | |
| | | | | | partial buy | 10/29 | K | | |
| | | | | | partial buy | 10/31 | K | | |
| ZION-Common Stock | | | | | buy | 10/17 | L | | |
| | | | | | partial buy | 10/19 | J | | |
| | | | | | partial buy | 10/30 | K | | |
| | | | | | partial buy | 10/31 | K | | |
| | | | | | partial buy | 11/12 | K | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

14

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| *IRA #2 (3)* | A | div/int | | | | | | | |
| VWNFX-Mutual Fund | | | | | sell | 7/9 | L | E | |
| *Foundation #1* | | | | | | | | | |
| Merrill Lynch Cash Reserves | D | int | N | T | | | | | |
| ABT-Common | A | div | | | sell | 5/2 | M | G | |
| C-Common | | None | M | T | partial sale | 8/1 | L | F | |
| HOS-Common | | None | | | sell | 5/2 | K | E | |
| LUV-Common | A | div | N | T | | | | | |
| OIS-Common | | None | M | T | partial sale | 5/3 | M | G | |
| | | | | | partial sale | 8/2 | L | | |
| | | | | | partial sale | 8/27 | L | | |
| | | | | | partial sale | 8/28 | L | | |
| VWNAX-Mutual Fund | E | div/int | N | T | partial buy | 2/21 | L | | |
| | | | | | partial sale | 7/18 | L | E | |
| | | | | | partial sale | 9/17 | L | E | |
| VUSXX-Mutual Fund | C | div/int | M | T | | | | | |
| VGELX-Mutual Fund | D | div/int | M | T | buy | 7/9 | M | | |
| VGTSX-Mutual Fund | | None | | | buy | 5/3 | L | | |
| | | | | | sell | 7/9 | M | D | |
| WRI-Investors Shares | A | div | K | T | buy | 9/20 | K | | |

1 Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

15

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | If not exempt from disclosure (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **Foundation #2** | | | | | | | | | |
| Growth Pool | None | M | | T | | | | | |
| **The Rosenthal #F Trust (3)** | None | O | | V | | | | | |
| - John Hancock Life Policy | | | | | | | | | |
| - ING/Security Life Policy | | | | | | | | | |
| - Prudential Life Policy | | | | | | | | | |
| **The Rosenthal #89 Trust (3)** | A | div/int/royalt | P2 | T/U | | | | | |
| ▓▓▓▓▓▓▓ | | | | | | | | | |
| - AIF V Private Investors LLC | | | | | sell | (2) | K | | |
| - AIF VI Private Investors LLC | | | | | sell | (2) | M | | |
| - Atlantic Trust Company, N.A. | | | | | | | | | |
| - Avalon Advisors, L.P. | | | | | sell | (2) | J | | |
| - Carbon Nanotechnologies, Inc. | | | | | | | | | |
| - Carlyle Asia Partners II | | | | | buy(15) | (2) | M | | |
| - CD&R Fund VII Private Investors, LLC | | | | | buy | (2) | M | | |
| - CPX-Common | | | | | distri | 6/22 | L | (9) | stock distribution from SCF IV |
| | | | | | sell | 8/1 | L | (9) | |
| | | | | | distri | 11/14 | J | (9) | stock distribution from SCF IV |
| - KO-Common | | | | | sell | 5/7 | L | (9) cert | |
| - DPC Acquisition Corp. | | | | | escrow release | 2/7 | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - ▓▓▓▓▓▓▓▓ | | | | | | | | | |
| - EDP I, LP | | | | | buy | (2) | L | | |
| - Emerald Cambridge LLC | | | | | | | | | |
| - Emerald Marina Cove LLC | | | | | | | | | |
| - Emerald Marina Shores LLC | | | | | | | | | |
| - Energy Capital Investors Fund, LLC | | | | | buy | (2) | J | | |
| - ▓▓▓▓▓ | | | | | escrow release | 10/18 | J | | |
| - FDC Group McKinney, Ltd. | | | | | buy | (2) | M | | |
| - First Reserve Fund XI, L.P. | | | | | buy(15) | (2) | L | | |
| - GE-Common | | | | | sell | 5/7 | K | (9) cert | |
| - Goldman Sachs Acct #1 | | | | | | | | | |
| - Goldman Sachs Acct #2 | | | | | closed | 3/22 | J | | |
| - Goldman Sachs KMI Investors, L.P. | | | | | buy | 5/25 | O | | |
| - Hawkins Investment Partnership, L.P. | | | | | none | | | | |
| - HMTF Fund IV | | | | | sell | (2) | J | | |
| - HMTF Europe Private Fund | | | | | sell | (2) | K | | |
| - HOS-Common | | | | | sell | 2/28 | K | E | |
| - JNJ-Common | | | | | sell | 5/3 | L | (9) cert | |
| - JPMorgan Chase Investment Account | | | | | | | | | |
| - KKR 2006 Private Investors, LLC | | | | | buy(15) | (2) | N | | |
| - Merrill Lynch Reserves | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 24.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - Neffis Holdings, Inc. | | | | | sell | (2) | L | | |
| - ▉▉▉▉▉▉▉ | | | | | sell | 5/3 | M | G | |
| - PEP-Common | | | | | sell | 5/3 | L | (9) cert | |
| - Platform Partners LLC | | | | | buy | (2) | K | | |
| - SCF-IV-3I, L.P. | | | | | sell | (2) | K | | |
| - SCF Management Partners, Ltd. | | | | | sell | (2) | J | | |
| - SCF V, L.P. | | | | | buy | (2) | J | | |
| - SCF VI, L.P. | | | | | buy | (2) | | | |
| - Seminole | | | | | sell | (2) | J | | |
| ▉▉▉▉▉▉▉▉▉▉ | | | | | partial sale | 2/5 | J | | |
| | | | | | partial sale | 5/1 | K | | |
| | | | | | partial sale | 8/8 | L | | |
| | | | | | partial sale | 10/1 | J | | |
| - Sternhill Partners I, LP | | | | | buy | (2) | J | | |
| - Sternhill Affiliates I, LP | | | | | buy | (2) | J | | |
| - SJKI-Common | | | | | | | | | |
| - SRE Properties, LP | | | | | sell | (2) | J | | |
| - CapStreet II, LP | | | | | sell | (2) | K | | |
| - CapStreet Parallel II, LP | | | | | sell | (2) | L | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

FINANCIAL DISCLOSURE REPORT (cont'd)

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - Certain Limited Partners 1/39 | | | | | partial buy | 1/22 | J | | |
| | | | | | partial sale | 2/9 | J | | |
| | | | | | partial buy | 2/16 | J | | |
| | | | | | partial sale | 3/8 | J | | |
| | | | | | partial buy | 3/26 | J | | |
| | | | | | partial sale | 4/11 | J | | |
| | | | | | partial sale | 5/4 | J | | |
| | | | | | partial buy | 5/4 | J | | |
| | | | | | partial sale | 6/5 | J | | |
| | | | | | partial buy | 6/28 | J | | |
| | | | | | partial sale | 8/8 | J | | |
| | | | | | partial buy | 8/8 | J | | |
| | | | | | partial buy | 9/6 | J | | |
| | | | | | partial sale | 9/7 | J | | |
| | | | | | partial buy | 10/2 | J | | |
| | | | | | partial sale | 10/9 | J | | |
| | | | | | partial buy | 11/6 | J | | |
| | | | | | partial sale | 11/13 | J | | |
| | | | | | partial buy | 11/16 | J | | |
| | | | | | partial sale | 12/3 | J | | |

1  Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2  Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

19

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemp-tion) | If not exempt from disclosure (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| - Certain Limited Partners 2/54 | | | | | partial buy | 1/10 | K | | |
| | | | | | partial buy | 2/21 | J | | |
| | | | | | partial buy | 3/9 | K | | |
| | | | | | partial sale | 4/25 | K | | |
| | | | | | partial buy | 5/9 | K | | |
| | | | | | partial sale | 6/26 | K | | |
| | | | | | partial buy | 6/18 | J | | |
| | | | | | partial buy | 8/8 | K | | |
| | | | | | partial sale | 8/2. | K | | |
| | | | | | partial buy | 8/30 | J | | |
| | | | | | partial buy | 11/1 | K | | |
| | | | | | partial buy | 12/11 | J | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VTGLX-Mutual Fund | | | | | | | | | |
| - VWNAX-Mutual Fund | | | | | | | | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VMSXX-Mutual Fund (listed as VMSWW in 2006) | | | | | sell | 11/9 | P1 | | |
| - VGTSX-Mutual Fund | | | | | buy | 5/8 | N | (9) cert | |
| - WLR Recovery IV Investors, LLC | | | | | buy | (2) | K | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

20

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g. buy,sell merger, redemp-tion) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - Zion-Common | | | | | | | | | |
| #2 Trust (3) | D | div/int | N | T | | | | | |
| - Goldman Sachs Bank | | | | | closed | 8/16 | M | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VWNFX-Mutual Fund | | | | | | | | | |
| #3 Trust (3) | E | div/int | O | T | | | | | |
| - Goldman Sachs Bank | | | | | closed | 8/16 | L | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VWNAX-Mutual Fund | | | | | | | | | |
| #1 Trust (3) | A | div/int | P1 | T | | | | | |
| - ABT-Common | | | | | sell | 5/7 | K | (9) cert | |
| - CVX-Common | | | | | sell | 5/7 | K | (9) cert | |
| - KO-Common | | | | | sell | 5/7 | K | (9) cert | |
| - Merrill Lynch Reserves | | | | | | | | | closed in 2006 |
| - Goldman Sachs Bank | | | | | closed | 8/16 | M | | |
| - Midway, TX 5.55% due 05/01/07 | | | | | sell | 5/1 | M | (9) cert | |
| - PEP-Common | | | | | sell | 5/7 | K | (9) cert | |
| - PG-Common | | | | | sell | 5/7 | K | (9) cert | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2008 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - RD-Common | | | | | sell | 5/7 | L | E | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VTGIX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VWNAX-Mutual Fund | | | | | | | | | |
| - VEIEX-Mutual Fund | | | | | | | | | |
| - VEUSX-Mutual Fund | | | | | | | | | |
| - VPACX-Mutual Fund | | | | | | | | | |
| - VGTSX-Mutual Fund | | | | | buy | 5/8 | M | (9) cert | |
| *U.S. Savings Bonds (4)* | | None | M | T | | | | | |
| Rosenthal ███████ | | | | | | | | | |
| ███████ *Accounts* | | | | | | | | | |
| VUSXX-Mutual Fund | D | div/int | N | T | | | | | |
| VUSXX-Mutual Fund | C | div/int | M | T | | | | | |
| VUSXX-Mutual Fund | C | div/int | M | T | | | | | |
| VUSXX-Mutual Fund | C | div/int | M | T | | | | | |
| VWSTX-Mutual Fund | A | div/int | | | sell | 4/18 | L | | |
| VWSTX-Mutual Fund | A | div/int | | | sell | 4/18 | L | | |
| Goldman Sachs Bank | C | int | | | closed | 8/16 | N | | |
| Goldman Sachs Bank | B | int | | | closed | 8/16 | M | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 24.

22

FINANCIAL DISCLOSURE REPORT (cont'd)

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Ishares Trust | | None | | | buy | 4/20 | M | | |
| | | | | | sell | 8/1 | M | | |
| Goldman Sachs Bank | B | int | | | closed | 8/16 | M | | |
| Ishares Trust | | None | | | buy | 4/20 | M | | |
| | | | | | sell | 8/1 | M | | |
| Goldman Sachs Bank | B | int | | | closed | 8/16 | M | | |
| Ishares Trust | | None | | | buy | 4/20 | M | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
  H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,00 :-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page __.

23

(1)     Represents right of ███ to receive pension of $255/month commencing at age 65.

(2)     Private entities including private common investment partnerships. For private companies, valuation is based on net book value. For such entities, valuation (Column C(2)) is based on capital account as set forth on form K-1 and income (to the extent distributed) is included in distributions under column D(3) and not in Column B. Where filer is a passive owner with no control over investments or timing of calls or distributions, such cash distributions and calls are set forth in Column D(3) as a net aggregate amount for the reporting period. "Buy" indicates net cash paid in to the entity and "sell" indicate net cash paid by entity to filer.

(3)     Amounts indicated are aggregate net amounts for entire beneficial interest of trust or IRA.

(4)     U.S. Savings Bonds are valued at stated face value of bonds.

(5)     Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds includes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium paid at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bond.

(6)     No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3) and Gain Column D(4). On maturity or sale of zero coupon bonds, Value Column D(3) is the maturity value or sales price and Gain Column D(4) reflects the difference between the maturity value or sales price and the original cost.

(7)     All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1). Money market mutual funds set forth aggregate dividend/interest paid for year and end of year value only.

(8)     Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(9)     No transaction value or gain or loss is reported on non-taxable exchanges of one security for another or spin-offs of securities or stock dividends or pursuant to certificates of divestiture issued in accordance with 26 U.S.C. § 1043. In 2007, Filer sold securities and rolled the proceeds over pursuant to such certificates into

24

VMLUX and VTMGX. Two trusts sold and rolled the proceeds over pursuant to such certificates into VGSTX. In all instances noted in first sentence, any gain is reported only when the new security is sold, and if publicly traded, the value as of the date of the transaction of such security received is reflected in Column C(1) Gross Value. "Cert" indicates a certificate of divestiture transaction.

(10)  ████ received options for compensation. Vested options are valued at spread between (1) exercise price and (2) market value in the case of publicly traded securities or exercise price in the case of nonpublic securities. Unvested options are given no value. Restricted stock is not valued during restriction period. After restrictions lapse, restricted stock is reflected as owned shares.

(11)  Oil and Gas royalties – value not known to filer.

(12)  Private company – value not known to filer.

(13)  K-1 not available at time of filing.

(14)  Inadvertently omitted in prior year report.

(15)  Intra-████ partial transfer in 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART IV. REIMBURSEMENTS (CON'T)

| SOURCE | DATES | LOCATION | PURPOSE ITEMS PAID FOR OR PROVIDED |
|---|---|---|---|

6 AMERICAN BAR ASSOCIATION MAR 8-9, 2007     CHICAGO, IL         PANELIST HOTEL, MISC., GROUND TRANSPORTATION & AIRFARE

7 FEDERAL BAR ASSOCIATION APR 11, 2007     SAN ANTONIO, TX     SPEAKER GROUND TRANSPORTATION & AIRFARE

8 AMERICAN BAR ASSOCIATION APR 12-13, 2007     SAN ANTONIO, TX     SPEAKER HOTEL, GROUND TRANSPORTATION & AIRFARE

9 FORDHAM UNIVERSITY     APR 16-17, 2007     NEW YORK, NY     SPEAKER HOTEL & AIRFARE

10 SEDONA CONFERENCE     MAY 9-11, 2007     PHOENIX, AZ     MEETING MISC., GROUND TRANSPORTATION & AIRFARE

11 UNIVERSITY OF TEXAS     JUN 1, 2007     AUSTIN, TX     SPEAKER GROUND TRANSPORTATION & AIRFARE

12 FINANCIAL MEDIA HLDGS GROUP JUN 7-8, 2007     WASHINGTON, DC     SPEAKER HOTEL, MISC., GROUND TRANSPORTATION & AIRFARE

13 AMERICAN LAW INSTITUTE JUL 10-13, 2007     SANTA FE, NM     SPEAKER HOTEL, MEALS, GROUND TRANSPORTATION & AIRFARE

14 AMERICAN LAW INSTITUTE OCT 4-5, 2007     AUSTIN, TX     MEETING HOTEL & GROUND TRANSPORTATION

15 DEFENSE RESEARCH INSTITUTE OCT 11, 2007     WASHINGTON, DC     PANELIST GROUND TRANSPORTATION     16 AMERICAN LAW INSTITUTE OCT 17-19, 2007     NEW YORK, NY     MEETING HOTEL, GROUND TRANSPORTATION & AIRFARE

17 UNIVERSITY OF PENNSYLVANIA     NOV 30-DEC 2, 07     PHILADELPHIA, PA     SPEAKER GROUND TRANSPORTATION & AIRFARE

18 AMERICAN LAW INSTITUTE DEC 5-7, 2007     PHILADELPHIA, PA     MEETING HOTEL, MEALS, GROUND TRANSPORTATION & AIRFARE

19 STANFORD UNIVERSITY     DEC 12-14, 2007     OXFORD, ENGLAND     SPEAKER GROUND TRANSPORTATION & AIRFARE

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544